GRACIE SQUARE REALTY CORP. et al., Respondents, v. CHOICE REALTY CORP., Defendant, and 154 EAST 97TH STREET CORP. et al., Appellants. 154 EAST 97TH STREET CORP., Plaintiff, v. EDWIN SCHELBERG et al., Impleaded Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant the motion for summary judgment and to dismiss the complaint. [See *post*, p. 1005.]

MANUEL MURILLO, as Administrator of the Estate of LILLIAN MURILLO, Deceased, et al., Respondents, v. ABRAHAM SIEGEL et al., Defendants, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— We find no evidence from which the jury was entitled to find that there was any causal relation between any negligent act of this appellant and the ensuing fire which caused injury to one infant and the death of another. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 280 App. Div. 863.]

BERNARD SCHULMAN, Respondent, v. JOHN W. WASHINGTON et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and deny the motion.

In the Matter of the Arbitration between DISTILLERY, RECTIFYING & MINE WORKERS INTERNATIONAL UNION OF AMERICA, A. F. OF L., Appellant, and HERMAN SOCOLOW, Doing Business under the Name of EXCELSIOR WINES AND LIQUORS, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WINNER MANUFACTURING COMPANY, INC., Respondent, v. ROBERT H. BAILEY, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROJAK, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to affirm in all respects. Settle order on notice.

7